## DUBREUIL vs. SOULIE.

PPPEAL from the court of the third district.

East'n. District.
*July* 1825.

DUBREUIL
*vs.*
SOULIE.

PORTER, J. delivered the opinion of the court. This case is between the same parties, and exhibits nearly the same features, with that just decided. The principal ground, stated in this cause for the injunction, is that the deed of conveyance, delivered by the sheriff, is not in the form pointed out by the statute.

The sheriff's vendee cannot have anjunction because his deed is not in the form prescribed by law.

Admitting all the allegations, contained in the petition, we see no ground whatever for maintaining the injunction. The plaintiff was defendant, in the suit wherein this properyt was sold; he purchased himself, and if he has not a good title under the sheriff, he must be presumed to have a good one from another source; for he bought it as already belonging to himself. Again, he is responsible in case of eviction; so that if he succeeded here, he would be immediatelp answerable over, on the original judgment.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs, and ten per cent. dama-

DUBREUIL
*vs.*
SOULIE.

ges on the amount, for which execution issued on the twelve monts' bond.

*De Armas* for the plaintiff, *Dennis* for the defendant.